# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *Meghan Carbonneau v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11248-DRH |
| *Shamarcus Grayson v. Bayer Corporation, et al.* | No. 10-cv-11798-DRH |
| *Jessica Johnson v. Bayer Corporation, et al.* | No. 10-cv-10377-DRH |
| *Marisa H. Beachdell v. Bayer Corporation, et al.* | No. 12-cv-11564-DRH |
| *Michelle Cammarano v. Bayer Corporation, et al.* | No. 10-cv-12525-DRH |
| *Marianne Cassano v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13039-DRH |
| *Andrea Crowley v. Bayer Corporation, et al.* | No. 10-cv-12486-DRH |
| *Tara Eliassof v. Bayer Corporation, et al.* | No. 10-cv-13784-DRH |
| *Candy M. Emerson v. Bayer Corporation, et al.* | No. 10-cv-13785-DRH |
| *Erisha Erickson v. Bayer Corporation, et al.* | No. 10-cv-11080-DRH |
| *Samantha Galvez v. Bayer Corporation, et al.* | No. 11-cv-10395-DRH |
| *Jessica Graham v. Bayer Corporation, et al.* | No. 10-cv-11125-DRH |
| *Rochelle Hitchings v. Bayer Corporation, et al.* | No. 11-cv-10243-DRH |
| *Christina Jaskowiak v. Bayer Corporation, et al.* | No. 10-cv-13037-DRH |
| *Cindy Lichon v. Bayer Corporation, et al.* | No. 10-cv-13045-DRH |
| *Danette M. Lotta-Commanda v. Bayer Corporation, et al.* | No. 13-cv-10906-DRH |

*Laurie A. Merkel v. Bayer Corporation, et al.*  No. 10-cv-13064-DRH

*Amy Merrill v. Bayer Corporation, et al.*  No. 11-cv-10703-DRH

*Nicole L. Meyers v. Bayer Corporation, et al.*  No. 12-cv-10402-DRH

*Annlyn Michaloski v. Bayer Corporation, et al.*  No. 11-cv-11044-DRH

*Latoya Perkins v. Bayer Corporation, et al.*  No. 10-cv-11135-DRH

*Christina M. Ross v. Bayer Corporation, et al.*  No. 11-cv-11039-DRH

*Darlene Rudy v. Bayer Corporation, et al.*  No. 11-cv-10926-DRH

*Darla Smith v. Bayer Corporation, et al.*  No. 11-cv-10709-DRH

*Jennifer A. Tiburzi v. Bayer Corporation, et al.*  No. 12-cv-10740-DRH

*Penny L. Tirpak v. Bayer Corporation, et al.*  No. 14-cv-10096-DRH

*Alejandrina Toledo v. Bayer Corporation, et al.*  No. 11-cv-11159-DRH

*Laura Vivenzio v. Bayer Corporation, et al.*  No. 11-cv-10841-DRH

*Janet Warren v. Bayer Corporation, et al.*  No. 10-cv-13837-DRH

*Jill C. Weidmann v. Bayer Corporation, et al.*  No. 10-cv-11127-DRH

*Erin Wermuth v. Bayer Corporation, et al.*  No. 10-cv-13839-DRH

*Jean Ziccarelli v. Bayer Corporation, et al.*  No. 11-cv-11163-DRH

*Madison Warder v. Bayer Pharma AG, et al.*  No. 13-cv-10583-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** _/s/Caitlin Fischer_
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.28
14:12:37 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT